

**THOMPSON & SKRABANEK, PLLC**

NEW YORK

March 1, 2022

<u>Via ECF</u>
Judge Alison J. Nathan
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Shanghai Tanida Garments Co., Ltd. v. Up Town Sport Inc.*; Civil Action No. 1:22-CV-609-AJN; In the United States District Court for the Southern District of New York

Dear Judge Nathan:

Our firm has recently been retained to represent the Defendant, Up Town Sport Inc., in the above matter. We write to request a 14-day extension of time from today's date to respond to Plaintiff's complaint. If this motion is granted, Defendant's response will be due March 15, 2022.

This is the first request for such an extension. Plaintiff's counsel has consented to this request.

Sincerely,

J.R. Skrabanek, Esq.

cc:   Jacob Y. Chen, Esq.,
      Counsel for Plaintiff (*via ECF*)