UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
          :
SHANGHAI TANIDA GARMENTS CO., LTD.,  :
          :  **ORDER**
        Plaintiff,  :
   v.          :  22 Civ. 609 (AKH)
          :
UP TOWN SPORT INC.,      :
          :
        Defendant. :
          :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 2, 2022 the parties communicated to the chambers of Magistrate Judge Stewart D. Aaron that they have reached a settlement. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. The Clerk is directed to close the case.

        SO ORDERED.

Dated:    June 3, 2022             /s/ Alvin K. Hellerstein
        New York, New York      ALVIN K. HELLERSTEIN
                        United States District Judge