UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SHANGHAI TANIDA GARMENTS CO., LTD.,

|  |  |
|---|---|
| Plaintiff, | Civil Action No.: |
| -against- | 1:22-cv-609-AJN |
| UP TOWN SPORT INC., | **NOTICE OF MOTION** |
| Defendant. | |

-------------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the annexed Declaration of Jacob Chen in support, dated October 24, 2022, and the exhibits annexed thereto, and all prior pleadings and papers in this action, Plaintiff will move this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, before the Honorable Alison J. Nathan, United States District Judge, on the 18th of November, 2022 at 9:30 AM or as soon as can be heard thereafter, for an order granting Plaintiff's motion to reopen the case and for enforcement of the settlement agreement.


Dated: November 4, 2022
      New York, New York

                                          Yours Truly,
                                          DGW Kramer LLP

                                          /s/ Jacob Chen
                                          By: Jacob Chen, Esq.
                                          Attorneys for Plaintiff
                                          One Rockefeller Plaza, Suite 1060
                                          New York, NY 10020