USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shanghai Tanida Garments Co., Ltd.,

                Plaintiff,

-against-

Up Town Sport Inc.,

                Defendant.

1:22-cv-00609 (AKH) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, November 15, 2022, at 2:00 p.m. to discuss the status of this case, as well as the pending motions. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:      New York, New York
              November 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge